# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2009

136431 (66)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ATTORNEY GENERAL OF THE
STATE OF MICHIGAN,
      Appellant,

v

MICHIGAN PUBLIC SERVICE
COMMISSION, CONSUMERS ENERGY
COMPANY, ADRIAN ENERGY
ASSOCIATION, L.L.C., CADILLAC
RENEWABLE ENERGY, L.L.C.,
GENESEE POWER STATION, L.P.,
GRAYLING GENERATING STATION,
L.P., HILLMAN POWER COMPANY,
L.L.C., TES FILER CITY STATION,
L.P., VIKING ENERGY OF LINCOLN,
INC., VIKING ENERGY OF McBAIN,
INC., and MIDLAND COGENERATION
VENTURE, L.P.,
      Appellees.

SC: 136431
COA: 261747
MPSC: U-013917

_____/

      On order of the Court, the motion for reconsideration of this Court's May 1, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2009

Clerk

0623